IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY TARRATS, | : | No. 4:13-CV-00696 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| WARDEN MONICA RECKTENWALD, | : | |
| | : | |
| | : | (Magistrate Judge Schwab) |
| | : | |
| Respondent. | : | |

**ORDER**
February 21, 2014

    The undersigned has given full and independent consideration to the October 11, 2013 report and recommendation of Magistrate Judge Susan E. Schwab (ECF No. 13). The Petitioner filed an Objection to the report and recommendation (ECF No. 14); the Respondent filed a Brief in Opposition to the Objection (ECF No. 15); and, the Petitioner filed a Response (ECF No. 16). The Court has reviewed de novo the portions of the Magistrate Judge's report and recommendation that the Petitioner objected to.

    Because this Court agrees with Magistrate Judge Schwab's recommendation that the Petitioner's writ of habeas corpus be denied, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the

report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's report and recommendation (ECF No. 13) is adopted in its entirety.

2. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.

3. There is no basis for a certificate of appealability.

4. The Clerk is directed to close the case file.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge